Name and address

STANLEY I. GREENBERG
6080 Center Drive, Suite 800
Los Angeles, CA 90045
Tel. (310) 215-7509
Fax (310) 215-7736

[STAMP: CLERK, U.S. DISTRICT COURT MAR 21 2008]
[STAMP: FILED CLERK, U.S. DISTRICT COURT MAR 22 2006 CENTRAL DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s) <br> v. <br> ROGELIO MONTOYA LOPEZ, <br> Defendant(s). | CASE NUMBER <br> CR 06-15-FMC <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__ROGELIO MONTOYA LOPEZ__   ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

to substitute __STANLEY I. GREENBERG__ who is

☐ Retained Counsel   ☑ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__6080 Center Drive, Suite 800__
*Street Address*

__Los Angeles, CA 90045__         __stanmanlaw@aol.com__
*City, State, Zip*                  *E-Mail Address*

__(310) 215-7509__    __(310) 215-7736__    __53649__
*Telephone Number*    *Fax Number*        *State Bar Number*

as attorney of record in place and stead of __DARLENE M. RICKER__
*Present Attorney*

is hereby  ☑ GRANTED    ☐ DENIED

Dated __3/22/06__

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)      ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY